## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Samuel D. Leccia, Jr., and  Sasha L. Leccia | : : : | No. 17-23817-CMB  Chapter 7 |
| Debtors | : : | |
| Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., | : : : : | Hearing Date: 1/18/2018, 1:30 p.m.  Response Date: 12/18/2017 |
| Movant | : : | Related to Doc. Nos. 18 and 20 |
| vs. | : : | |
| Samuel D. Leccia, Jr., Sasha L. Leccia and, Natalie Lutz Cardiello, Trustee | : : : : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE OF MOTION FOR RELIEF AND NOTICE OF HEARING ON MOTION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on November 30, 2017.

The following parties were served via first-class mail:

Samuel D. Leccia, Jr. and Sasha L. Leccia
249 Crestview Drive
Pittsburgh, PA 15236

The following parties were served via electronic mail:

| | |
|---|---|
| Kenneth Steidl, Esq. | julie.steidl@steidl-steinberg.com |
| Natalie Lutz Cardiello, Trustee | ncardiello@ecf.epiqsystems.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Executed on: 11/30/17                                          Attorney for Movant

s/ Brett Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
bsolomon@tuckerlaw.com
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
412-566-1212

BANK_FIN:576721-1 029136-181889