UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samuel D. Leccia, Jr., and<br>Sasha L. Leccia<br><br>      Debtors<br><br>Santander Consumer USA Inc. dba<br>Chrysler Capital as servicer for<br>CCAP Auto Lease Ltd.,<br><br><br>      Movant<br><br>vs.<br><br>Samuel D. Leccia, Jr.,<br>Sasha L. Leccia and,<br>Natalie Lutz Cardiello, Trustee<br><br>      Respondents | No. 17-23817-CMB<br><br>Chapter 7<br><br><br>Hearing Date: 1/18/2018, 1:30 p.m..<br><br><br><br>Response Date: 12/18/2017<br><br>Related to Doc. No. 18<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING STAY

AND NOW, this  29th  day of  December , 2017, upon consideration of the Motion for Relief from Automatic Stay, filed on behalf of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., it is hereby ORDERED, ADJUDGED, and DECREED as follows:

Upon consideration of the evidence presented, the Court finds Movant has a valid security interest in the 2015 Chrysler 200 Sedan 4D S AWD V6, VIN 1C3CCCDG8FN644309; that Movant does not have adequate protection for its interests in the said vehicle; and that Movant should be permitted to foreclose its security interest in the vehicle. It is therefore ORDERED that the Motion is granted and that the stay afforded by 11 U.S.C. Sections 362, be and hereby is modified to permit Movant to foreclose its security interest in the vehicle.

*Carlota M. Böhm*  kmt
Hon. Carlota M. Bohm
United States Bankruptcy Judge

FILED
12/29/17 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BANK_FIN:576721-1 029136-181889

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Samuel D. Leccia, Jr.  
Sasha L. Leccia  
    Debtors

Case No. 17-23817-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Dec 29, 2017  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2017.  
db/jdb        +Samuel D. Leccia, Jr.,    Sasha L. Leccia,    249 Crestview Drive,    Pittsburgh, PA 15236-4124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:

         Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
         Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
         James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
         Kenneth Steidl    on behalf of Joint Debtor Sasha L. Leccia julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;rlager@st  
         Kenneth Steidl    on behalf of Debtor Samuel D. Leccia, Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;rlager@st  
         Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                         TOTAL: 7