IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Samuel D. Leccia, Jr. ) | Case No. 17-23817 CMB |
| Sasha L. Leccia, ) | Chapter 7 |
| *Debtors* ) | |
| ) | Related to Docket No. 23, 30, 35 |
| Lakeview Loan Servicing, LLC, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Samuel D. Leccia, Jr. ) | |
| Sasha L. Leccia, ) | |
| *Respondents* ) | |
| ) | |
| And Natalie Cardiello, Trustee, ) | |
| *Additional Respondent* ) | |

## ORDER OF COURT

AND NOW, to wit this __13th__ day of __April__, 2018 it is hereby ORDERED, ADJUDGED and DECREED that the debtors answer for Motion for Automatic Stay filed at Docket No. 35 is hereby withdrawn, and the hearing scheduled for Friday, April 13, 2018 at 2:00 PM is hereby cancelled.

~~FURTHER ORDERED:~~

*[signature]*

FILED
4/13/18 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Samuel D. Leccia, Jr.  
Sasha L. Leccia  
      Debtors

Case No. 17-23817-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Apr 13, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.  
db/jdb        +Samuel D. Leccia, Jr.,    Sasha L. Leccia,    249 Crestview Drive,    Pittsburgh, PA 15236-4124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:

       Allison L. Carr     on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
       Brett A. Solomon     on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
       James Warmbrodt     on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Kenneth Steidl     on behalf of Joint Debtor Sasha L. Leccia julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com  
       Kenneth Steidl     on behalf of Debtor Samuel D. Leccia, Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com  
       Natalie Lutz Cardiello     ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
                                                                                                   TOTAL: 7