# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Samuel D. Leccia Jr.<br>Sasha L. Leccia<br>　　　　　　Debtor(s)<br><br>Lakeview Loan Servicing, LLC,<br>　　　　　　Movant<br>　　v.<br>Samuel D. Leccia Jr.<br>Sasha L. Leccia<br>　　　　　　Respondent(s)<br>　　　　and<br>Natalie Lutz Cardiello Esq., Trustee<br>　　　　　　Additional Respondent | BK. NO. 17-23817 CMB<br><br>CHAPTER 7<br>Related to Docket #  26 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 13th day of April, 2018, at Pittsburgh, upon Motion of Lakeview Loan Servicing, LLC, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 249 Crestview Drive, Pittsburgh, PA 15236 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

FILED
4/13/18 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Samuel D. Leccia, Jr.
Sasha L. Leccia
      Debtors

Case No. 17-23817-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 1      Date Rcvd: Apr 13, 2018
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
db/jdb      +Samuel D. Leccia, Jr.,   Sasha L. Leccia,   249 Crestview Drive,   Pittsburgh, PA 15236-4124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      Brett A. Solomon    on behalf of Creditor   Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
      James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      Kenneth Steidl    on behalf of Joint Debtor Sasha L. Leccia julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
      Kenneth Steidl    on behalf of Debtor Samuel D. Leccia, Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
      Natalie Lutz Cardiello   ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      TOTAL: 7